PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Keisha Nushon Harrell                    Docket No. 7:13-CR-36-1

**SEALED**
**Petition for Action on Conditions of Pretrial Release**

COMES NOW Pamela O. Thornton, probation officer of the court, presenting an official report upon the conduct of defendant, Keisha Nushon Harrell, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, North Carolina, on the 21st day of May, 2013, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Participate in the following location monitoring program component and abide by its requirements as the supervising officer instructs. You are restricted to your residence

Keisha Nushon Harrell
Docket No. 7:13-CR-36-1
Sealed Petition For Action
Page 2

      at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the supervising officer.

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology. Radio Frequency (RF) monitoring.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop, and submit to warrantless searches of person or property by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's living arrangements have changed and she is currently residing in a boarding house, wherein she rents a room from week to week. She recently informed the probation officer that she was struggling financially and would not be able to maintain the residence for much longer. She requested to move closer to family where she would have financial and emotional support.

**PRAYING THAT THE COURT WILL ORDER** that the defendant's original release conditions be modified to allow travel outside the Eastern District of North Carolina as long as all travel is approved by the supervising probation officer.

/s/ Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: June 6, 2013

**ORDER OF COURT**

Considered and ordered this 6 day of June, 2013, and ordered filed and made a part of the records in the above case.

James E. Gates
U.S. Magistrate Judge