UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CR-36-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| KEISHA NUSHON HARRELL | |

On motion of the Defendant, Keisha Nushon Harrell, and for good cause shown, it is hereby ORDERED that the **[DE44 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This **13** day of **June**, 2016.

James C. Dever, III
CHIEF UNITED STATES DISTRICT JUDGE